# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEXIS BRITO,<br><br>Defendant. | Magistrate Case No.: **20-mj-1809**<br><br>COMPLAINT FOR VIOLATIONS OF:<br>Title 18, U.S.C. § 2251(a) – Sexual Exploitation of a Minor<br><br>Title 18, U.S.C. § 2251(a) – Attempted Sexual Exploitation of a Minor |

The undersigned Complainant, being duly sworn, states:

### COUNT ONE

On or about and between February 28, 2020, and March 6, 2020, within the Southern District of California, defendant KEVIN ALEXIS BRITO, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in an affecting interstate and foreign commerce, that such visual depiction was produced using materials that have been mailed, shipped, or transported in and affecting interstate and foreign commerce, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate

and foreign commerce; in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT TWO

On or about and between April 21, 2020, and April 29, 2020, within the Southern District of California, defendant KEVIN ALEXIS BRITO, did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction will be transported and transmitted using any means and facility of interstate and foreign commerce and in an affecting interstate and foreign commerce, that such visual depiction was produced using materials that have been mailed, shipped, or transported in and affecting interstate and foreign commerce, and such visual depiction has actually been transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce; in violation of Title 18, United States Code, Sections 2251(a) and (e).

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Daniel P. Evans, Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 14th day of May, 2020.

_____
HON. LINDA LOPEZ
United States Magistrate Judge

STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since April of 2005. I am currently assigned to the Human Trafficking Squad of the San Diego Field Office, where I primarily investigate crimes concerning child exploitation and the distribution, receipt, possession, production, advertisement, and transmission of child pornography.  My experience as an FBI Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures.  The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the complaint, it does not set forth each and every fact that I or others have learned during the course of this investigation.

In March of 2020, the San Diego FBI received information from the Leeds, Alabama Police Department (LPD) regarding a 10-year-old female (hereafter **Victim 1**) who was being sexually exploited by a person she had been communicating with on the internet since November of 2019.  After talking with **Victim 1**, LPD discovered **Victim 1** had sent sexually explicit images to the man who then began threating to expose those images unless she created and sent additional images.

After receiving consent from **Victim 1**'s mother, the primary investigator conducted a manual review of the victim's iPhone. While reviewing the phone, he identified a picture of an adult male's penis that was timestamped on February 21, 2020. He also identified four images of **Victim 1** spreading her labia with her hand with a clear focus on the genitals.  These pictures were timestamped on February 28, 2020.

3

The review of the phone also identified screenshots of a Snapchat conversations with the man she had met online. The screen shots show messages exchanged between March 3, 2020 and March 6, 2020. Prior to the screen shots, these messages had been saved in the application by **Victim 1**. At the time, it was unknown if additional messages, images, or videos had been saved. The messages stated the following:

| Sender | Message |
|---|---|
| **Victim 1** | Sup |
| Subject | Its me. Kevin. I need to tell u something important |
| **Victim 1** | What? What is it |
| Subject | I'll tell u in a bit |
| **Victim 1** | Can you tell me now? |
| Subject | Yea ur my sex slave now. If u don't keep sending me nude and vids when I ask then ill send the vids that us sent me to all ur followers on amino and also on snap. If u try to block me then ill just send them right away with no hesitation. Ur mine now |
| **Victim 1** | Fuck you. Also btw you can go to jail |
| Subject | Fine ill just send the all the vids then I guess |
| **Victim 1** | No |
| Subject | Well u said fuck u |
| **Victim 1** | Also you don't know who follows me on Snapchat |
| Subject | So im assuming u really aint gonna do it and ill just send them all on amino. Well yeah but sometimes I get suggestions and it tells me that they suggested the person to me cause they follow u. So should I send then then? |
| **Victim 1** | One thing first. You have terrible grammar |
| Subject | Ok. So that's a yes? Lol |
| Victim 1 | Nothing is funny right now |
| Subject | So ur sayin no then right? I wanna know so I can know whether or not to send them out |
| Victim 1 | Remember this. I'm an Aries. I can and will find you if you make me mad |
| Subject | Ok honestly go ahead. But I wanna know if ur sayin no also. U don remember wat I'll do right? Even if u ignore then the same thing will happen. Up to u to decide. |
| Victim 1 | [numerous images showing astrological signs and quotes]<br>I have decided… |
| Subject | Honestly if one of ur friends joined in on the action then id be down to not send them also. But its all up to u. U can lwt e |

| | | |
|---|---|---|
| 1 | Victim 1 | There. I made a group chat between me, you , and my friend |
| 2 | Subject | I still need to get stuff from her for it to be safe. In the meanwhile im getting a little impatient and I might send them |
| 3 | Victim 1 | Now can I got to bed? |
| 4 | Subject | Show mw ur tits for a bit<br>*me |
| 5 | Victim 1 | And you wonder why I broke up with you |
| 6 | Subject | Yep. Just show me tho |
| 7 | Victim 1 | What happened to when you weee. We're sweet and kind?! |
| 8 | Subject | Fine if u keep stalling then ill just send them<br>Honestly<br>Unless u just do wat im saying :)<br>Its really simple and I keep my word |
| 9 | Victim 1 | Yes |
| 10 | Subject | Ok |
| 11 | Victim 1 | Now can I got to bed?<br>I have to wake up at 5:00 |
| 12 | Subject | Vid please<br>Not pic |
| 13 | Victim 1 | Why<br>I'm extremely tired |
| 14 | Subject | Cause I want hear u call me daddy<br>Ok do it fast then |
| 15 | Victim 1 | Can't I just send a voice message |
| 16 | Subject | Nah I want a vid<br>The sooner u do it then the sooner u can sleep |
| 17 | Victim 1 | Good<br>Enough<br>? |
| 18 | Subject | I wanna be able to see u |
| 19 | Victim 1 | Dude I'm on a over night field trip<br>Just leave me alone<br>My friend want to send you something |
| 20 | Subject | So u want me to send them out then? Im down to do it anytime but u probably don't want that since itll ruin ur life. Just do as I say alright |

The review of the phone also identified a single message from the Subject in another application. This message states "*dude I told u what would happen if u kept*

5

*ignoring me. If u don't respond to this then im just gonna go ahead and fuckin send them*". Based on my review of these chats, the statements of **Victim** 1 to the LPD investigator, and the images located on **Victim 1**'s phone, I believe that during the above communications between Brito and **Victim 1** between March 3, 2020 and March 6, 2020, **Victim 1** engaged in sexually explicit conduct and produced depictions of that conduct to send to Brito in response to Brito's demands. I further believe that the images found on **Victim 1**'s phone were produced at the direction of Brito, and transmitted by **Victim 1** to Brito.

Additional investigation by LPD identified the user of the Subject account as Kevin Alexis Brito, a 20-year-old man living in Imperial Beach, California. Based on this information, a federal search warrant was obtained for Brito's residence. On May 5, 2020, federal law enforcement agents executed the search warrant. A search of the residence revealed several electronic devices and cellular telephones. The forensic examination of these devices is ongoing.

During the execution of the search warrant, I made contact with Brito and advised him of his *Miranda* rights. Brito agreed to waive those rights and speak to me and another agent at his residence. In that interview, Brito admitted to communicating with Victim 1, receiving nude images of her, and sending her threats in an effort to receive additional images. He further admitted he knew Victim 1 was approximately 10 years of age, and that he engaged in similar sexually explicit chats with other young girls. He estimated that he persuaded, or attempted to persuade, five to ten of these children to producing child pornography images for him by the use of threats. Brito also indicated that he saved the files he received from these girls to a cloud account, and sent some of the files out to other random people.

Following the execution of the warrant, I accessed several of Brito's online accounts after receiving his written consent to do so. This review has identified hundreds of child pornography images and videos depicting minor females that appear to have been downloaded from the internet. The review also revealed sexually explicit

images and videos of underage girls that Brito had received during online chat sessions. These images were saved in uniquely labeled folders, according to the names or nicknames of the girls with whom he was communicating. One of these folders contains seven images and nine videos of **Victim 1** to include one of the images identified by LPD. Other videos show close up videos of **Victim 1** masturbating.

A review of Brito's multiple social media accounts has revealed over one hundred conversations with what appear to be underage girls. In most of these chats, Brito identifies himself as either a boy or a girl between the ages of 12 and 14. Many of the conversations are sexually explicit and several contain threats directed to getting the girls to produce and send him sexually explicit depictions.

Among the numerous chats is a long chat conversation Brito, using different accounts, had between August 9, 2019 and May 5, 2020, with a girl (hereafter **Victim 2**), who states in early communications with Brito that she will turn 11 in November of 2019. In the conversation, Brito initially identified himself as a 12 year old girl named Michelle. Brito sent nude and sexually explicit images to **Victim 2**, which he claimed depicted himself (Michelle), and requested that **Victim 2** send similar images to him.

A review of another of Brito's accounts reveals a second conversation with **Victim 2** where Brito portrays himself as a young boy. The following messages were sent between Brito and **Victim 2** from April 21, 2020, to April 29, 2020:

| Sender | Message |
|---|---|
| Brito | Yo do u know Michelle? She's really upset that u blocked her |
| Victim 2 | I didn't who are u |
| Brito | Im her bf 👍 she said u did. Im not sure. I don't wanna get in between lol. Just wanted to tell u |
| Victim 2 | K |
| Brito | Hey guess what? |
| Victim 2 | What |
| Brito | &lt;Screen Shot of Social Media Profile&gt; |
| Brito | &lt; Screen Shot of Social Media Profile &gt; |
| Brito | &lt; Screen Shot of Social Media Profile &gt; |

7

| | Brito | < Screen Shot of Social Media Profile > |
|---|---|---|
| | Victim 2 | What |
| | Brito | I have ur nudes and if u dont do what i say then i will send them all to them. To ur family. If u try to block me then i will also send right away |
| | Victim 2 | Ok what nudes and what do u want me to do |
| | Brito | The nudes that u sent to Michelle. Even one with ur ass shaking. |
| | Victim 2 | What do I have to do |
| | Victim 2 | And who r u again |
| | Brito | Do gymnastics and stretch for me while ur naked |
| | Victim 2 | Why when I am naked and who is this |
| | Victim 2 | Again |
| | Victim 2 | Promise u won't send them to my family if I do this |
| | Brito | It doesnt matter who i am and cause i want it. And i swear i will not send it at all |
| | Victim 2 | Ok when |
| | Victim 2 | And how long |
| | Victim 2 | But if I send this will you send it to somebody |
| | Brito | If u try to block me or mess with me then i will send it and i will also send it to Olympiad gym if u dont do what i say |
| | Victim 2 | Is this Michelle's boyfriend |
| | Victim 2 | Ok I will |
| | Brito | No. I swear i will be the only one to see it |
| | Victim 2 | FaceTime or video |
| | Brito | Video |
| | Victim 2 | K |
| | Brito | Try to make it as long as u can |
| | Victim 2 | K |
| | Victim 2 | Pinky promise |
| | Victim 2 | U I not send it |
| | Victim 2 | Won't |
| | Victim 2 | Send it to ppl |
| | Brito | Make it really sexy. I pinky promise i wont send them |
| | Victim 2 | K But are you going to screen record it |
| | Brito | I swear on my life and eveeyrhing |
| | Victim 2 | Ok |
| | Victim 2 | But is Michelle mad at me |
| | Brito | She doesnt know about this |
| | Victim 2 | Cause she not answering |
| | Victim 2 | Oh |

8

| | | |
|---|---|---|
| 1 | Victim 2 | U her brother |
| | Brito | No. Her bf |
| 2 | Victim 2 | I'm going to do it now |
| 3 | Victim 2 | Wait does Michelle know that you're doing this |
| | Victim 2 | I won't tell |
| 4 | Victim 2 | Promise |
| 5 | Brito | Ok if u talk to the camera then call me daddy. And no she doesnt know |
| 6 | Victim 2 | K |
| 7 | Victim 2 | Only call u daddy and talk |
| | Victim 2 | R u cheating on her or something |
| 8 | Brito | No. Are u gonna keep asking questions? Or should i send them? |
| 9 | Victim 2 | No I'm doing it now |
| | Brito | Ok thank u cutie |
| 10 | Victim 2 | \<Disappearing Video\> |
| 11 | Victim 2 | \<Disappearing Video\> |
| 12 | Victim 2 | \<Disappearing Video\> |
| | Victim 2 | \<Disappearing Video\> |
| 13 | Victim 2 | Down |
| 14 | Victim 2 | Done |
| | Victim 2 | Now I don't going to tell? |
| 15 | Victim 2 | U |
| 16 | Brito | I said i wanted u naked tho? |
| | Victim 2 | Oh shoot underwear or no underwear |
| 17 | Brito | No underwear |
| 18 | Victim 2 | K |
| | Victim 2 | Bra or no |
| 19 | Brito | No bra |
| 20 | Victim 2 | Kk |
| | Brito | Ok |
| 21 | Victim 2 | U better not send this to my family |
| 22 | Victim 2 | ☐ |
| 23 | Victim 2 | I'm going to do it though |
| 24 | Brito | I won't. Obviously i swear im not gonna do it as long as u do what i say |
| 25 | Victim 2 | Kk |
| | Victim 2 | Is this all I have to do |
| 26 | | |
| 27 | Brito | Ill tell u when ur done. I wanna play with u a lot more tho cause ur really hot |
| 28 | Victim 2 | Oook |

9

| | | |
|---|---|---|
| 1 | Victim 2 | Done |
| | Victim 2 | It is sending |
| 2 | Brito | I haven't gotten any videos? |
| 3 | Brito | Ok |
| | Victim 2 | Down |
| 4 | Victim 2 | Down |
| 5 | Victim 2 | Done |
| | Brito | Stay naked |
| 6 | Victim 2 | Why |
| 7 | Victim 2 | Did u send it to my family |
| 8 | Brito | I want u to make a video pretending ur getting fucked next. Just pretending |
| 9 | Victim 2 | Wdym |
| 10 | Brito | And no i would not do that |
| | Brito | If u do what i say |
| 11 | Victim 2 | K |
| 12 | Victim 2 | How my supposed to do that |
| | Victim 2 | 😅 |
| 13 | | |
| 14 | Brito | I want u to bend over in doggy style position and pretend that i am there fucking u. Moan and do everything that u would do if i was there having sex with u |
| 15 | Victim 2 | K |
| 16 | Brito | Ok |
| | Victim 2 | &lt;Disappearing Video&gt; |
| 17 | Victim 2 | Anything else |
| 18 | Victim 2 | Do you just screen record that |
| 19 | Brito | I want it to last longer. Also make it so that i can see ur whole body when ur doing. I also still wanna see ur face tho |
| 20 | Victim 2 | K I will |
| 21 | Brito | Ok |
| | Victim 2 | &lt;Disappearing Video&gt; |
| 22 | Victim 2 | Done |
| 23 | Victim 2 | U screen recording |
| | Victim 2 | ? |
| 24 | Victim 2 | Pls don't |
| 25 | Brito | Do it again but move more like if i was actually there and call me daddy more and maybe smack ur cute butt a little bit for me |
| 26 | Victim 2 | K that it |
| 27 | Brito | No. I will tell u when im done. Okay? U don't want me to start sending stuff right? |
| 28 | | |

| | | |
|---|---|---|
| | Victim 2 | Yup ok |
| | Brito | Ok cutir |
| | Victim 2 | What else |
| | Brito | That's so sexy. U are a natural. I bet u could take big dicks. Next i want u to grab anything shaped like a dick. Like a cucumber or banana or something like that and pretend to give me a blowjob. Remember to call me daddy |
| | Victim 2 | K |
| | Victim 2 | Can I do a marker |
| | Brito | U don't have anything bigger? |
| | Victim 2 | No we Don't have cucumbers and bananas |
| | Victim 2 | 2 markers |
| | Brito | Ok |
| | Victim 2 | Done |
| | Victim 2 | What else |
| | Brito | ???? |
| | Victim 2 | What |
| | Brito | I didnt even get to see it |
| | Victim 2 | Oh I do it again |
| | Brito | Ok |
| | Victim 2 | Done |
| | Victim 2 | What else |
| | Brito | Try to stick one of those in ur pussy rn. I wanna see |
| | Victim 2 | K |
| | Victim 2 | Done |
| | Victim 2 | What else |
| | Brito | I didnt get to see it again?? |
| | Victim 2 | What's going on |
| | Brito | Idk |
| | Brito | That was so short tho |
| | Victim 2 | What else |
| | Victim 2 | I know it hurts |
| | Brito | Just make it longer. I wanna see u sticking it in and calling me daddy while u do it. Masturbate with it |
| | Victim 2 | But I can do it for you |
| | Brito | Yea do it for daddy |
| | Victim 2 | K |
| | Victim 2 | Done |
| | Victim 2 | ? |
| | Brito | U wish that was my cock right? |

| | |
|---|---|
| Victim 2 | Huh |
| Brito | Tell me u wish it was my cock baby |
| Victim 2 | Then what |
| Brito | Turn around and bend over and play with ur asshole for me |
| Victim 2 | Tell me everything I have to do in one text |
| Victim 2 | ? |
| Brito | Thats it for today. Tomorrow i might ask u to do more. Remember if u block me then i will just send right away |
| Victim 2 | K |
| Victim 2 | Bye bye |
| Brito | Ok cutie |
| Brito | Wyd? |
| Brito | If u ignore me then i will also start sending them. Do u get it? |
| Victim 2 | Yes sorry |
| Victim 2 | I was doing school work |
| Brito | Ok cutie. Just remember to respond. Wyd? |
| Victim 2 | Ok |
| Victim 2 | I'm going to the grocery store |
| Brito | When will u be back? |
| Victim 2 | Like an hour 😊 |
| Brito | Ok cutie. Tell me when ur at the store and also when u get home |
| Victim 2 | Kk |
| Brito | U at the store? |
| Victim 2 | Yes |
| Brito | Is it crowded in the store? |
| Victim 2 | Very |
| Brito | I wish i was there to secretly touch ur ass and ur pussy while everyone has no clue. It would be so sexy |
| Victim 2 | Ya |
| Brito | Does the store have restrooms? |
| Victim 2 | Idk |
| Brito | Wish i could secretly fuck u in a restroom stall. That would be hot too |
| Victim 2 | Ummmmm yeah |
| Brito | Tell me when u get home |
| Victim 2 | K |
| Victim 2 | We haven't even gone into the store yet so yeah |
| Brito | Why? |
| Victim 2 | Because they only let five people in at a time |
| Brito | Oh ok. Are u in the store yet? |

| | | |
|---|---|---|
| | Victim 2 | No |
| | Brito | Ok tell me when u arr |
| | Victim 2 | We literally just walked into the store |
| | Brito | Sorry i was busy. Wyd now? |
| | Victim 2 | Going 2 bed |
| | Brito | Before u do. I want sexy videos |
| | Brito | Hey dont ignore me or i will send |
| | Victim 2 | K |
| | Victim 2 | Can I do it tomorrow cause my phone is getting taken |
| | Brito | Why? |
| | Victim 2 | She has to go to bed |
| | Brito | Why? |
| | Victim 2 | She has school tomorrow? |
| | Victim 2 | Pls don't text her cause she is grounded for 2 weeks |
| | Brito | Why? |
| | Victim 2 | She got in a fight |
| | Brito | I will still text u |
| | Victim 2 | No she won't answer she s grounded |
| | Brito | This is u. I know it is |
| | Victim 2 | No this is Maddy's mom I don't know what you are doing to her but you need to please stop |
| | Brito | I know its u. Send me a pic of ur face then |
| | Victim 2 | No I'm not Maddy is grounded I don't know who you are but I am not showing you my face |
| | Brito | Show me or i will send |
| | Victim 2 | Ok |
| | Brito | So u will show me? |
| | Victim 2 | Yes |
| | Victim 2 | Hold on |
| | Victim 2 | <Image of an adult female> |
| | Victim 2 | ? |
| | Brito | Nope. Take one rn. Pic through insta's camera. I swear i will forgive u if u just tell me rn |
| | Victim 2 | Tell u what |
| | Victim 2 | <Disappearing Photo> |
| | Brito | Facetime? |
| | Victim 2 | SHE IS GROUNDED |
| | Brito | Facetime for a sec to see if its really u |
| | Brito | <Media omitted> |
| | Brito | <Media omitted> |

| | | |
|---|---|---|
| 1 | Victim 2 | She is on a zoom |
| | Brito | Who is? |
| 2 | Victim 2 | I'm her mom she is grounded I need you to understand that she is grounded she can't talk and I don't know who you are so I am not calling you |
| 3 | | |
| 4 | Brito | I just wanna see who picks up the phone |
| 5 | Victim 2 | No thank you |
| | Brito | Why? |
| 6 | Victim 2 | I CANNOT TELL YOU I DONT EVEN KNOW YOU |
| 7 | Brito | Why are u online all the time if it's just the mom? |
| | Victim 2 | Cause I wanna make sure she didn't do anything bad?? |
| 8 | Brito | Hey facetime |
| 9 | Victim 2 | No MADDY IS GROUNDED |
| | Brito | For how long? |
| 10 | Victim 2 | 2 weeks |
| 11 | Brito | I really doubt that this Maddy's mom so can u do me a favor and send me a voice message or something saying its Maddys mom and saying that u are grounded. And if this is her mom. Sorry to ask u to do this but it's important |
| 12 | | |
| 13 | | |
| 14 | Victim 2 | Ok? |
| | Victim 2 | <Disappearing Video> |
| 15 | Brito | Sorry it got deleted |
| 16 | Victim 2 | Ok |
| | Victim 2 | <Disappearing Video> |
| 17 | Brito | When will she be not grounded? |
| 18 | Victim 2 | IT DEPENDS |
| | Brito | On what? |
| 19 | Victim 2 | If she Behaves??? |

A review of Brito's online storage account revealed a folder with a name that matches the name of **Victim 2** identified in the chat messages above. This folder contains 12 images and 14 videos of a young girl in various state of undress. These videos include footage of **Victim 2** masturbating and following other commands of Brito. In many of the videos you can see the chat messages as Brito begins a recording of the screen to capture the images and videos as they play. The investigation into the identity of **Victim 2**, and of the other girls depicted in the communications and files possessed by Brito, is ongoing.

14

1    Based on my training and experience, I know that the messaging applications
2 Brito used requires the use of cellular networks and the internet which are means and
3 facilities of interstate and foreign commerce.  I also know that the cellular phone used
4 by Brito was not manufactured in the State of California and therefore was shipped and
5 transported in interstate and foreign commerce.