UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>KEVIN ALEXIS BRITO,<br><br>   Defendant. | Case No.: **20CR1479-DMS**<br><br><u>INFORMATION</u><br>Title 18, U.S.C., Sec. 2251(a) – Sexual Exploitation of a Minor; Title 18, U.S.C., Sec. 2251(a) – Attempted Sexual Exploitation of a Minor; Title 18, U.S.C., Sec. 2253 – Criminal Forfeiture |
|---|---|

The United States Attorney charges:

<u>COUNT ONE</u>

On or about and between February 28, 2020, and March 6, 2020, within the Southern District of California, defendant KEVIN ALEXIS BRITO, did employ, use, persuade, induce, entice, and coerce a minor, MV1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in an affecting interstate and foreign commerce, and that such visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and such visual depiction has actually been

1 transported and transmitted using any means and facility of
2 interstate and foreign commerce and in and affecting interstate and
3 foreign commerce; in violation of Title 18, United States Code,
4 Sections 2251(a) and (e).

## COUNT TWO

6     On or about and between April 21, 2020, and April 29, 2020,
7 within the Southern District of California, defendant KEVIN ALEXIS
8 BRITO, did attempt to employ, use, persuade, induce, entice, and
9 coerce a minor, MV2, to engage in sexually explicit conduct for the
10 purpose of producing a visual depiction of such conduct, knowing and
11 having reason to know that such visual depiction would be transported
12 and transmitted using any means and facility of interstate and
13 foreign commerce and in an affecting interstate and foreign commerce,
14 and that such visual depiction was produced using materials that had
15 been mailed, shipped, and transported in and affecting interstate
16 and foreign commerce, and such visual depiction had actually been
17 transported and transmitted using any means and facility of
18 interstate and foreign commerce and in and affecting interstate and
19 foreign commerce; in violation of Title 18, United States Code,
20 Sections 2251(a) and (e).

## FORFEITURE ALLEGATION

22     As the result of committing the offenses alleged in Counts One
23 and Two of this Information, and pursuant to Title 18, United States
24 Code, Section 2253, defendant KEVIN ALEXIS BRITO, shall forfeit to
25 the United States all rights, title and interest in the following
26 property:
27     1.  The allegations contained in Counts 1 and 2 of this
28 Information are re-alleged and by reference fully incorporated

herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 2253.

2. Upon conviction of one or more of the offenses alleged in Counts 1 and 2, which allege violations of Title 18, United States Code, Section 2251, defendant KEVIN ALEXIS BRITO, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a): any visual depiction which was produced, transported, mailed, shipped, or received in violation of law; any property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and any property, real and personal, used or intended to be used to commit or to promote the commission of such offenses and any property traceable to such property.

3. If any of the forfeitable property described above in Paragraph 2, as a result of any act or omission of the defendant:

    a.   cannot be located upon the exercise of due diligence;

    b.   has been transferred or sold to, or deposited with, a third party;

    c.   has been placed beyond the jurisdiction of the Court;

    d.   has been substantially diminished in value; or

    e.   has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above in Paragraph 2.

All pursuant to Title 18, United States Code, Section 2253.

DATED: June 4, 2020

                          ROBERT S. BREWER, JR.
                          United States Attorney

By: *Andrew Sherwood*
     ANDREW SHERWOOD
     Assistant U.S. Attorney