**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>KEVIN ALEXIS BRITO,<br><br>             Defendant. | Case No. 20CR1479-DMS<br><br>**S U P E R S E D I N G**<br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., § 2422(b)<br>Enticement of a Minor<br><br>Title 18 U.S.C. § 2428 -<br>Forfeiture |

The United States Attorney charges:

<u>Count 1</u>

From on or about February 21, 2020 through on or about March 6, 2020, within the Southern District of California and elsewhere, defendant, Kevin Alexis Brito, using a facility and means of interstate and foreign commerce, to wit: the Internet, did knowingly persuade, induce, entice, and coerce, an individual whom he believed was under the age of 18 to engage in unlawful sexual activity for which a person could be charged with a criminal offense, specifically, a violation of 18 U.S.C. § 2251(a); all in violation of Title 18, United States Code, Section 2422(b).

<u>Count 2</u>

From on or about August 9, 2019 through on or about May 5, 2020, within the Southern District of California and elsewhere, defendant, Kevin Alexis Brito, using a facility and means of interstate and foreign commerce, to wit: the Internet, did knowingly persuade, induce, entice,

APSH:mt:1/12/2021

and coerce, an individual whom he believed was under the age of 18 to engage in unlawful sexual activity for which a person could be charged with a criminal offense, specifically, a violation of 18 U.S.C. § 2251(a); all in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE ADDENDUM

1. Upon conviction of the offenses alleged in Counts 1 and 2 of this Superseding Information, and pursuant to Title 18, United States Code, Section 2428, and Rule 32.2, Federal Rules of Criminal Procedure, defendant Kevin Alexis Brito shall forfeit to the United States all his interest in any property, real and personal, that was used or intended to be used to commit or to facilitate the commission of the violation described above and all his property, real and personal, which constitutes or is derived from any proceeds he obtained directly or indirectly as a result of the violation.

2. If any of the above-described forfeited property as a result of any act of omission of defendant Kevin Alexis Brito cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court, has been substantially diminished in value; or has been commingled with other property which cannot be subdivided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), made applicable herein by Title 18,

United States Code, Section 2328(b)(2), to seek forfeiture of any other property of the defendant up to the value of the property described above subject to forfeiture.

DATED: 4/14/21       .

                                      RANDY S. GROSSMAN
                                      Acting United States Attorney

*Andrew Sherwood*

ANDREW P. SHERWOOD
Assistant U.S. Attorney