# EXHIBIT-1

*JUDITH E. MEYERS, Psy.D.*

*PSYCHOLOGICAL ASSESSMENT AND PSYCHOTHERAPY*

*3435 Camino Del Rio So., Ste. 217 San Diego, CA 92108*

*Telephone (619) 294-6822*

*Facsimile (619) 294-9424*

*License Number PSY6870*

## PSYCHOLOGICAL EVALUATION

Name:                      Kevin Brito
Date of Birth:          10/13/1999
Case No.                 20-MJ-1809
Date of Evaluation:   10/23/2020
Attorney:                George Gedulin
Examiner:               Judith Meyers, Psy.D.

## REASON FOR REFERRAL

Kevin Brito, a 21-year-old Hispanic male, is charged with one count of Title 18, U.S.C. § 2251(a), Sexual Exploitation of a Minor, and one count of Title 18, U.S.C. § 2251(a), Attempted Sexual Exploitation of a Minor.  A Psychological Evaluation was requested by his attorney, George Gedulin, to assess his psychological functioning, including his past and present mental status, to opine as to his mental state and intent over the period of the Instant Offenses.  Further, the assessment was performed to assess the Defendant's future risk for recidivism.  His potential amenability to treatment was also assessed.

## EVALUATION PROCEDURE

Mr. Brito was interviewed and the <u>Millon Adolescent Clinical Inventory (MACI</u>) was administered.  The following records were reviewed: Letter to Admit, 10/12/20; U.S. District Court, Southern District of California, Complaint and Discovery Conversation with Victim, 5/15/20; and FBI Reports, 6/4/20-7/15/20.

## REVIEW OF RECORDS

### Instant Offense

On or about and between February 28, 2020 and March 6, 2020, within the Southern District of California, the Defendant, Kevin Brito, did employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such a visual depiction will be transported and transmitted.

On or about and between April 21, 2020 and April 29, 2020, within the Southern District of California, the Defendant, Kevin Brito, did attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of

RE:  Brito, Kevin
November 16, 2020
Page 2

producing a visual depiction of such conduct, knowing and having reason to know that such a visual depiction will be transported and transmitted.

In March of 2020, the San Diego FBI received information from the Leeds, Alabama Police Department (LPD), regarding a 10-year-old female (Victim 1) who was being sexually exploited by a person she had known via the Internet since November 2019.  It was discovered that Victim 1 had sent sexually explicit images to the man who then began threatening to expose those images unless she created and sent additional images. There were several pages of screenshots of a Snapchat conversation with the man she had met online.  The screenshot showed messages exchanged between March 3, 2020 and March 6, 2020.

It was believed by law enforcement that during the communications between Mr. Brito and Victim 1 between March 3, 2020 and March 6, 2020, Victim 1 engaged in sexually explicit conduct and produced depictions of that conduct to send to Mr. Brito in response to Mr. Brito's demands.

A review of Mr. Brito's multiple social media accounts has revealed over one hundred conversations with what appear to be underage girls.  In most of these chats, Mr. Brito identifies himself as either a boy or a girl between the ages of 12 and 14.  Many of the conversations are sexually explicit and several contain threats directed to getting the girls to produce and send him sexually explicit depictions.

Among the numerous chats is a long chat conversation that Mr. Brito had, using different accounts, between August 9, 2019 and May 5, 2020, with a girl (Victim 2) who states in early communications with Mr. Brito that she will turn 11 in November 2019.  In the conversation, Mr. Brito initially identified himself as a 12-year-old girl named Michelle. Mr. Brito sent nude and sexually explicit images to Victim 2, which he claimed depicted himself (Michelle), and requested that Victim 2 send similar images to him.

A review of Mr. Brito's online storage account revealed a folder with a name that matches the name of Victim 2.  This folder contains 12 images and 14 videos of a young girl in various state of undress.  These videos include footage of Victim 2 masturbating and following other commands of Mr. Brito.  In many of the videos you can see the chat messages as Mr. Brito begins a recording of the screen to capture the images and videos as they play.  The investigation into the identity of Victim 2, and of the other girls depicted in communications and files possessed by Mr. Brito, is ongoing.

## CLINICAL INTERVIEW

### *Informed Consent*

Mr. Brito was explained the reason for the evaluation.  He understood his legal situation

RE:  Brito, Kevin
November 16, 2020
Page 3

and agreed to proceed.  He was told that this was not confidential and a report was being prepared from the notes taken during the evaluation to be presented to his attorney and the Judge.  He was fully informed of the nature of the evaluation and he consented to the interview.

### Behavioral Observations

Mr. Brito was alert and in good reality contact.  He was friendly and cooperative.  He was oriented in three spheres.  He did not show evidence of a thought disorder, in that his thinking was organized and there were no signs of cognitive slippage.  Interpersonally, he was somewhat shy and soft-spoken.  He frequently mumbled.  He is slightly overweight at five foot six and 250 pounds.  His demeanor was tense, constricted, and tentative.  His affect was variable in that he could go from a euthymic presentation to being tearful.  He vocalized painful affect and a self-critical attitude.  He was not future-oriented.  He tended to be pessimistic and hopeless.  Overall, he was bland, ingratiating, and with a suppressed affect, suggestive of depression.

### Family History

Mr. Brito was born in Long Beach, CA into an intact family, but there were many disruptions during his development.  At the time of his birth, his parents were together and he had an older brother (28) and sister (22).  Subsequently, he had two younger siblings.  By the time Mr. Brito was ten, the family moved from Long Beach to L.A. to Tijuana, where they remained for four years.  His father was deported and the family moved to Mexico to join him.  However, he describes his family situation as "lax" and during that period, both his sister and himself were sexually abused.  His parents were not informed and/or did not protect him against or act on the sexual abuse in the family.  Also, his father was abusive, and he would beat his mother.  Mr. Brito would run to her defense and intervene, and was frequently beat, himself.  His father attacked him for protecting his mother.  His parents separated when he was 14 and his mother and siblings moved to San Diego.  One year later, she met Hector Cisneros, and he has been Mr. Brito's stepfather ever since.  His mother's name is Juana Mata.  His oldest brother, Carlos, is reported to have antisocial and abusive tendencies.

### Education and Work History

Mr. Brito did not graduate high school.  He attended Mar Vista in Imperial Beach.  Between the ages of 15 and 17 he was depressed, did not go to school, or leave his room.  He was also abusing alcohol at that time.  He was socially isolated.  Following that period, he was able to re-engage his life by working and attempting to go to school.  He said that his passion was cooking and he was hoping to get a culinary degree at a local community college.  He wanted to return and take general education classes.  However, though he registered, he never managed to complete the semesters.  He also was

RE:  Brito, Kevin
November 16, 2020
Page 4

pessimistic about his ability and whether he had "what it took" to be successful in such a competitive work environment.  His work included cooking as a short order cook and then a prep cook for two years at the Stone Brewing Company.  He gives a mixed review of that work experience.  On the one hand, he enjoyed cooking, yet he felt that his boss was overly critical and worked him very hard.  He described pressure, stress, and a labor-intensive job that resulted in mental exhaustion.

### Medical History

No medical history reported.

### Relationship History

He emancipated from his family approximately a year-and-a-half ago and is living with his "fiancé" and her family.  He met her online, on the app, "Meet Me."  He said that he had not been successful in prior relationships.  They usually broke it off with him.

### Abuse History

When he was living in Tijuana between the ages of 10 and 14, Mr. Brito was sexually abused at age 10 by his 25-year-old uncle.   Then, they moved to a new home environment.  Still, there was disruption in the family and he was physically abused by his father until he was 14 and they moved to San Diego.  His stepfather entered when he was 15.

### Pornography

Mr. Brito admits to being addicted to pornography. He believes his acts go "hand in hand with my porno infatuation.  I would just get deeper and deeper."  He said many of these scenarios were taken from pornography.  He likes middle school aged girls.  This parallels the age when he was molested.  He also reports having a good sexual life with his girlfriend.  He enjoys heterosexual intercourse and does not report any sexual adjustment problems.  As to his Instant Offense, he said that he stalked the victims online, but never intended to meet them.

### Psychological / Psychiatric History

Mr. Brito admits to being depressed and suicidal in the past.  He contemplated drowning himself.  He never made an attempt.  He cut on his leg at age 17.  He only reports the one episode of self-harm.  He blames himself for causing trouble for the family by getting arrested and feels that everyone would be better off if he were not here.  Sometimes he thinks that he is a burden to his family and has disappointed them.  The depression involves doubting his abilities and feeling he disappointed others.  He will also sleep

RE: Brito, Kevin
November 16, 2020
Page 5

excessively, as he is currently doing in jail. His appetite in jail is normal, but he will overeat in response to his depression on the outside. He admits to being depressed two or three years ago and referred to a clinic because of his suicidal thoughts. He stopped going to therapy and was never given medication. He did not have much insight into that episode, but was 17 or 18 at the time. His psychological crisis appeared to be around his junior year. "I was self-critical about a lot of stuff. I was on myself about everything."

### Drug and Alcohol History

Mr. Brito abused alcohol from an early age. He began drinking at 15 or 16. He would drink whiskey. He had episodes of blackouts. However, he states that his alcohol at this time was "below average," but he admits to drinking heavily and isolating himself at age 16 and 17. Things changed when he got "more of a social life" at age 18 or 19. He has never had a DUI. He has never had his driver's license suspended because he never passed a driver's test and does not have a driver's license. He did drive, however.

He is a heavy marijuana user. He began at age 15 and smoked daily.

### Criminal History

No prior history.

## TEST RESULTS

Mr. Brito was administered the Millon Adolescent Clinical Inventory (MACI). This is a clinical measure of personality functioning and character formation that primarily assesses the presence of a severe mental disorder such as a character disorder, anxiety disorder, or major depression. It also assesses proclivity for drug and alcohol addiction. The MACI is based on an adolescent psychiatric population and scores are presented in base rates. This represents the prevalence of a specific disorder or syndrome based on the normative population. A base rate of 75 or above is considered to be clinically significant.

The MACI is normed on adolescent patients seen in professional treatment settings for either genuine emotional discomfort or social difficulties and were seen in the early phases of assessment or psychotherapy. It should be noted that Mr. Brito was given the measure that was normed on adolescents because it appeared to parallel his developmental history and also the nature of his offenses. Even though he was measured against a slightly younger normative group, the results indicate that he is "unusually dependent" for his age, as well as "notably self-effacing and non-competitive," according to the MACI Interpretive Report. He would be very dependent on others for guidance and security, would assume a passive role in most peer and interpersonal relationships, and would demonstrate a lack of energy, initiative, and autonomous behavior.

RE:  Brito, Kevin
November 16, 2020
Page 6

Mr. Brito's test results show significant elevations in Mood Disorder, Childhood Abuse, Self-Image Deficits, and Social Functioning.  The following scores are elevated above the base rate (BR) of 75, which is considered the normal range cut-off.  His elevations suggest moderate to severe emotional disturbance.  Mr. Brito received a base rate of 100 on Debasement and 75 on Disclosure.  He received a base rate of 108 on Depressive Affect, 104 on Childhood Abuse, 104 on Self-Devaluation, 103 on Suicidal Tendency, 96 on Anxious Feelings, 86 on Identity Diffusion, 81 on Submissive, 79 on Introversive, 78 on Doleful, 78 on Self-Demeaning, and 75 on Body Disapproval.

His approach to test-taking was to put himself in an unfavorable light and be self-critical. He is also very open to disclosing even minor foibles.  This could be a cry for help and a wish to express his genuine emotional discomfort and social difficulties, or it could be a slight exaggeration.  That being said, he does not come across as self-dramatizing, so the emotional and social difficulties he reports are probably genuinely experienced.

The picture emerges of a constricted young man who is prone to self-doubt, isolating, and depression.  His elevations in Personality Patterns indicate a very inhibited, socially withdrawn, doleful, and submissive young man.  Interestingly, he is also at a base rate of 74 for Oppositional, which stands in contrast to his submissiveness.  This indicates some internal conflict between his emotional suppression and his internalized resentment. In terms of Clinical Syndromes, he is quite elevated on anxiety, depression, and suicidal tendencies.  He potentially could be a suicide risk.  He also evidences a prominent anxiety disorder with inner tension and worry.

 Mr. Brito expressed concerns around identity issues and body image.  He experiences significant identity diffusion, suggesting he has not finished the adolescent task of identity consolidation.  He could also have sexual identity confusion and most definitely sex role conflicts. He is elevated on childhood abuse, which is consistent with his history. He holds resentments associated with those experiences.

Some of the findings require further exploration.  For example, his subscale of Forceful is very low.  This stands in sharp contrast to his actual actions in the Instant Offense.  He has an elevation with a BR of 74 on Oppositional, which is associated with being discontent, expressively resentful, and temperamentally labile.  Coupled with his mood disorder, the test results suggest he can be variable, but his core personality traits are on the passive, depressed, and constricted continuum.  It is significant that he is endorsing suicidal ideation, such as "I think everyone would be better off if I were dead."  He also endorsed questions associated with emotional isolation, body dysphoria, drug abuse inclination, alcohol abuse inclination, and childhood abuse.

RE:  Brito, Kevin
November 16, 2020
Page 7

### Risk Assessment

Mr. Brito was rated on the dimensions of the <u>CPORT - Child Pornography Offender Risk Tool</u>, a measure that compares his risk of reoffending to a population of child pornography offenders.  He has no prior history of sex offending, and that skews him to a low risk of offending.  The fact that his victim pool involves female contacts rather than males is a mediating factor in terms of predicting recidivism, and also places him at low risk.  However, he may have pedophilic tendencies and an interest in pre-pubescent children, which would place him at a higher risk for re-offending. This requires further evaluation and should not rely solely on self-report.  Based on the current information available, he is at low risk.

Another measure to assess Mr. Brito is the <u>Static-99</u>, which is an empirically derived risk tool to evaluate the risk of sexual recidivism based on commonly available demographic and criminal history information.  Mr. Brito would be in the Moderate to Low risk, as he does not have a history of sex offending.  He has no history of non-sexual violence, and no male victims.  However, he has had stranger victims, which places him at higher risk.

Mr. Brito was rated on the <u>STABLE-2007</u>, which is another risk assessment to predict sexual recidivism based on stable, dynamic factors. This includes personality characteristics, skills, deficits, and learned behaviors that relate to risk for sexual recidivism.  The dimensions that are assessed include capacity for relationship stability; emotional identification with children; hostility toward women; general social rejection and loneliness; lack of concern for others; impulsive acts; poor cognitive problem-solving; negative emotionality; sex drive preoccupation; sex as coping; deviant sexual interests; and cooperation with supervision.

Mr. Brito is at a Moderate risk for reoffending based on his deficits in social and emotional functioning and sexual drive regulation.  He has problems with intimacy. He evidences sex drive preoccupation and poor regulation of his sexual impulses. He emotionally identifies with children.  He uses sex as a coping mechanism.  His actions in the Instant Offense suggest hostility toward females and a lack of concern for others, though that is not borne out in other areas of his life.  Mediating factors include an ability to maintain a stable relationship, as he had a live-in co-habilitation for almost two years.  Another protective factor is a strong and extensive support system, which has the potential to encourage and support pro-social behavior.

### Internet-Facilitated Sexual-Offending Literature Review

A comprehensive review of the literature by Michael Seto[1], Ph.D. (2015), revealed that

---

[1] Seto, M., (2015). Chapter 4: Internet-Facilitated Sexual Offending. *A Sex Offender Management Assessment and Planning Initiative Research Brief (SOMAPI)*.

RE:  Brito, Kevin
November 16, 2020
Page 8

Internet sexual offending is a newer phenomenon that may not be influenced by the same contextual factors as other kinds of sexual crimes. There has been an increase in Internet sexual offending, paralleled by a decrease in the number of reported child sexual abuse cases.

There are different types of Internet facilitated crimes, including possession and distribution of child pornography, sexual solicitation of minors, and conspiracy crimes. Sexual solicitation offenders are primarily interested in adolescent girls.  As to offender motivations, individuals interested in child sexual pornography are usually pedophilic individuals who seek out content depicting young children, while non-pedophilic individuals who are involved in child pornography will tend to seek out content depicting underage adolescents.

Not all child pornography offenders show a sexual preference for children over adults, and there are motivations other than pedophilia.  In Seto, et al. (2010), they gave other explanations for the behavior, including indiscriminate sexual interests, pornography addiction, or curiosity.

Online-only internet offenders (like Mr. Brito) have a relatively low risk for sexual recidivism, compared to offline contact sexual offenders, referred to as solicitation offenders.  The solicitation offenders target young adolescents, typically between the age of 13 and 15, and would not be consistent with a diagnosis of pedophilia.  Solicitation offenders who seek out contact victims have a higher risk of reoffending if there have been prior contact offenses.

Briggs, et al. (2011) suggested that there is a distinction between fantasy driven versus contact driven solicitation offenders.  The former group engages in online activities, such as sexual chat, exchange of pornographic images. or exhibitionism via webcam, that are gratifying in and of themselves, often resulting in orgasm while online, but are not interested in or likely to commit contact sexual offenses against children.  Contact driven solicitation has an end goal of meeting in the real world and has more predatory interests. A differential understanding of the type of offender would require an extensive sexual history.  It is important to rule out contact offending and pedophilia. According to Seto (2015), an analysis of nine available follow up studies suggest that Internet offenders as a group have a relatively low risk of reoffending compared to conventional contact sex offenders.

**<u>DIAGNOSIS</u>**

Axis I:       F34.1 Dysthymic Disorder
              F41.1 Generalized Anxiety Disorder vs.
              F43.10 Posttraumatic Stress Disorder
              F65.9 Unspecified Paraphilic Disorder; Rule out Pedophilic Disorder

RE:  Brito, Kevin
November 16, 2020
Page 9

                    (F65.4)

Axis II:          Personality Disorder NOS with dependent, depressive, and borderline
                  features.
                  Rule-Out Schizoid Personality Disorder

Axis III:         No medical examination performed.

Axis IV:          Psychosocial Stressors - legal

Axis V:           Global Assessment of Functioning (GAF) – 70

## CLINICAL FORMULATION

Mr. Brito's behavior can be understood on several levels.  From a risk perspective, he is
at low risk for recidivism based on fixed factors that predict sexual recidivism.  He has no
criminal history, no contact offenses, and appears to be motivated by fantasy driven
behavior.  Also, he has no prior sex offenses and no male victims, which further put him
at a low risk for recidivism.  However, when looked at from a dynamic perspective, he
does have significant risk factors due to deficits in sexual regulation, such as using sex as
coping and deviant sexual interests.  A strength is that he appears to have good cognitive
problem solving, (though poor social judgment), and a strong support system.

From a trauma perspective, I would opine that Mr. Brito had a significant developmental
arrest when living in Mexico removed from his familiar surroundings and living in an
unstable environment where he was sexually abused, physically abused, and unprotected
by his parents.  Within two years after moving back to the U.S., and out of the abusive
environment, he had a major depressive episode, became alcoholic and withdrew from
school and social interactions.  This is likely due to posttraumatic stress, a common
sequela of abuse.  He also had an undiagnosed mood disorder. Emotional numbing,
diminished interest in the outer world, affective constriction, isolation, and detachment
are consistent with PTSD.

From a developmental perspective, he is functioning at the level of an immature
adolescent.  He emerges as a dependent personality who relies excessively on others for
support or subjugates his own wishes to avoid abandonment.  His emotions include
sadness, guilt, insecurity, and fears of abandonment.  He has very low self-esteem, and a
pervasive sense of dissatisfaction with himself and his body.

Mr. Brito's behavior in the Instant Offenses appears incongruous with his presentation.
He emerges as a passive, submissive, and isolated young man, not someone who would
threaten, exploit or torment others.  His actions may relate more to the repressed
oppositional tendencies that were noted on the testing and his stored resentments related

RE:  Brito, Kevin
November 16, 2020
Page 10

to his sexual and physical abuse growing up.  He may have compartmentalized those feelings and felt emboldened to act them out in an anonymous Internet setting. It appears to be a neurotic attempt to gain mastery over his traumas by switching roles in fantasy, rather than a predatory sex offender prone to contact offenses.  The fact that the age of his victims parallel his age when he was molested, further supports a developmental arrest and projective identification.   What is concerning is the degree of dissociation that enabled this behavior.

## SUMMARY AND RECOMMENDATIONS

Mr. Brito has an untreated affective disorder and needs a psychiatric evaluation for medication.  Without psychiatric treatment, he could present a suicide risk.  Another feature is his Posttraumatic Stress Disorder (PTSD), and the compartmentalization and reenactment of his own trauma.  Dissociation and projective identification with either the victim or the aggressor are defenses of PTSD.

Overall, he feels extremely remorseful and is currently reporting acute turmoil and stress. He has a tendency to be self-disclosing and easily shows that he is very anxious and depressed.  He is not masking his feelings.  He is admitting to his offenses.  This self-disclosing nature indicates he will be cooperative and amenable to treatment.

Mr. Brito is likely a fantasy-driven solicitation type internet offender who is not reporting a history of contact offending. Mr. Brito has denied that he had any interest to contact the victims.  He said it was an extension of his pornography interest.  He said pornography also influenced the fantasies he acted out. His behavior appears driven by trauma-based reactivity and introversion.  His risk for re-offending is low, particularly if he received targeted treatment.

As to treatment, fantasy driven solicitation offenders with no contact respond well to treatment, according to research (Seto, 2015). They also may require *less intensive treatment in terms of maintaining Internet sexual offenders in the community and reducing recidivism.*    A model treatment program would be organized into modules that correspond with the major dynamic risk factors.  These factors include general sex self-regulation, including difficulty controlling sexual impulses and urges, cognitive restructuring regarding offense supportive attitudes and beliefs, and building social skills including victim-empathy.  There are also static factors that do not change over time that can be measured with a Static-99.

Given his age and immaturity, his lack of a criminal history, and his potential to respond favorably to treatment, I recommend that he be given an opportunity for rehabilitation that would allow for the safety of the community while potentially preventing future recidivism.  There is a sex offender treatment program in San Diego directed by Dr. John Reavis, for example, and Mr. Brito would benefit from its developmental and cognitive

RE:  Brito, Kevin
November 16, 2020
Page 11


behavioral approach.   I further recommend a period of psychiatric treatment on medication to address his depression and anxiety.  If remanded to prison, he should be referred to the CCCMS program, a mental health treatment program for mentally ill offenders.   He needs to reflect upon his actions, and with the amelioration of his depression, he will improve his insight.


*Judith Meyers, PsyD*

Judith Meyers, Psy.D.
Licensed Clinical Psychologist



JM:wel:rtm

# EXHIBIT-2

I would like to express how truly sorry I am for the actions that I have committed, these actions clearly came from a disturbed and unstable mindset that I had at this time in my life. Selfishly, I blindly tried to cope with my traumas without thinking through how it would affect others. For that, I know that I would like nothing more but to seek redemption. Despite all of this, I still believe that at my core I am a good person and I thank God that my family and friends do too. My family and loved ones mean absolutely everything to me and every day I think about and can not believe what I have put them through. I want the opportunity to show them how much they and their sacrifices mean to me. My mother just went through a traumatizing heart transplant procedure, and I was not there to support her, another incident to add to list of my regrets. I want an opportunity to show all my loved ones not who I was but who I can be and will strive to be for the rest of my life because they deserve better. I regret my actions deeply and would like to know multiple ways to achieve forgiveness, and know that I will have no more regrets and never repeat these actions and never be ashamed of reaching out for help for the issues that I am having ever again. I know that I am in need of help and am ready to accept any form of help that I am able to wholeheartedly. I now can see how my actions have affected not only the victims but those around me as well and I pledge to never put anyone through these traumas or experiences ever again and be happy when help is extended towards me. Thank you very much for taking the time to read this statement.

# EXHIBIT-3

Rosalba Brito
6605 Woodward Ave.
Bell, CA 90201

September 15, 2021

To the Honorable Judge Dana Sabraw,

I am writing to vouch for the character of my nephew, Kevin Brito, who is facing criminal
sentencing before your court.

Kevin Brito is one of the very few family members I had seen grow up since he was a young kid.
A lot of our family live in different areas. However, up until recently, Kevin and his family were
being brought up close to my family and I. I had seen first hand his upbringing as a brother, a
son, and overall as a human being. A human being who has not only cared for his mother during
times of need, but his family in general. With that being said, I would still like to be able to see
him grow into the man he is capable of becoming.

I am not asking to let Kevin Brito off with any type of consequences, but rather, I am simply
hoping that you recognize the power you have in shaping the future of a human being who is yet
to truly grow.

Sincerely,
        Rosalba Brito

# EXHIBIT-4

Irery Brito
31 Goldsmith Pl. Apt. C
Newport News, VA 23606

September 13, 2021

Re: Kevin Brito's Sentencing

To the Honorable Judge Dana Sabraw,

      I am writing to you in the hopes that this letter will help my brother, Kevin Brito, who is currently facing criminal charges in your court. I know my brother has committed mistakes and broken the law, but he has been owning up to everything and is doing what he can to make things right.

      Kevin has been a good and hard-working person ever since he started working at the age of sixteen years old. He would work with the local police force to help make sure that alcohol and tobacco products would not be sold to minors. He also used to be a part of the Navy Junior Reserve Officers' Training Corps back when we were in high school. I actually used to joke with him saying that he only joined because he couldn't protect my little sister and I like he used to, but a part of me definitely meant it. This isn't something my brother likes to talk about too much but he would always step in between my drunken father and my sister and I to try to protect us, no matter what would happen to him. Kevin has had it harder growing up than other kids our age, but he learned by watching our dad and has actively done things to prevent being like our drunken and abusive dad.After watching him grow up,  I know that  Kevin will be able to correct himself in the things he's done and be a useful member of society once again.

       My younger brother has always displayed signs of leadership, self-confidence, and of discipline, all qualities that he has from being part of the NJROTC program, from working undercover, and from striving in his career, which is to be a culinary chef. All these parts of him will help him become a better person and grow from his mistakes.

      I understand that my brother has broken the law and he needs to understand the consequences of his actions, however I implore you to keep in mind that my brother is very young, he has never broken a single law before, and is also very loved within our family and his group of friends. I know you'll make a fair judgement with what my family and Kevin's friends have provided for you. Thank you very much for taking the time to read this letter.

Sincerely,
      Irery Brito

# EXHIBIT-5

To the honorable judge Dana Sabraw

 I am writing to you regarding Kevin Brito. I have had the pleasure of knowing Kevin since the beginning of high school so about 8 years now. Kevin has always been a creative and helpful person always willing to help those in need whether in school or out. Kevin is my best friend and we've built a strong relationship over the years so i can say without a doubt that he is truly an honorable man. I personally recommended him for hire because he is an excellent worker and has a great work ethic he quickly rose up the ranks and became a prep and never failed to be the best at what he does. I wholeheartedly believe in Kevin and his ability to do good and give back to society. Thank you for your time.

Sincerely,

 Mitchell Hernandez

# EXHIBIT-6

Joannie Brito Mata

31 Goldsmith Place Apt. C

Newport News, VA 23606

Re: Kevin Brito Sentencing                                        September 13th, 2021

To the Honorable Judge Dana Sabraw,

I am writing to vouch for the character of my older brother, Kevin Brito, who faces criminal sentencing before your court.

My brother has recently been incarcerated for charges against him, and I hope to clarify my views on the situation which I hope will be taken into consideration in hopes that it will lighten any punishment the court sees fit.

Kevin has, of course, been in my life since I was born. As such, I think I have a very big reason to believe that my brother is not an angel, but a misguided man who deserves a chance of redemption. I will not pull any punches in my depiction of my brother, as I want to be honest and truthful to the court as much as possible.

Kevin is a very kind and empathetic young man. He sees the best and worst of everyone, I believe this is a reason he is so passionate about ones who have been misunderstood and has been critical of ones who have done wrong--including himself. I've grown up with my brother, who, during his teens, had a tougher time than most teens adjusting and growing up--so he was prone to lashing out when he didn't mean to. He always felt guilty and has always shown repentance afterwards, even putting extra effort into amending relationships that had been affected by his ups and downs. Might I add, he has always had a disdain for hurting others, so even in his angriest or most sour state he would never lay a hand on his family or friends in a way that might hurt them.

My brother's hard effort also aligned with work and school. Around 16 or so, he had begun to work. I recall being amazed by his first small, part-time job. His work was one of the justice-type, he had been an information gatherer for the police department, acting as a teen who was in need of cigarettes and asked stores if they would sell to him (Kevin never smoked

cigarettes, he never liked the smell). Although it was a short-lived job, I think it suited him well. At the same time, he was in a program during high school named JROTC, short for Junior Reserve Officer Training. He had an interest in joining the Navy and ROTC was a great starting point for him, and he often practiced the routines for the program in our room. He was very dedicated to everything he was interested in, and often expressed his love for them regularly.

Kevin was also a big influence in my life. Often, my mother had to work all the time to sustain herself and her four children, so it was always up to my older sister and brother to take care of me. He was always protective of me, and despite his withdrawn attitude he was always close to my sister and I. A large part of who I am today, at 16 years old, is thanks to him and although I may not be perfect, I will always love him for the way he raised me. I wouldn;t change any of it, and often I reminisce of when he would roughly play with me or crudely lecture me on my mannerisms. I wish to be with him again.

Kevin is not a perfect person, and no one would expect him to be while being faced with these charges. But, I believe he is still a good person, and I hope you can see that he can be reformed and repent for his mistakes, just like he always has.

Sincerely,

Joannie Brito Mata

# EXHIBIT-7

Juana Mata
510 Oscar Loop Apt. 104G
Newport News Virginia 23606

September 12, 2021

Re: Kevin Brito Sentencing

To the Honorable Judge Dana Sabraw,

I am writing to vouch for the character of my son Kevin Brito, who faces criminal sentencing before your court.

My son has indeed strayed off the path that I had hoped for him and I was completely shocked in regards to the charges brought against him as this was completely out of character for him.

Kevin is a person of good moral character . I realize that might seem hard to believe given the circumstances but it's true nonetheless. He was always there for me emotionally and physically to help me with dealing with my medical issues. He is so young and just starting his adult life ,he was making great accomplishments from finishing high school and completing the Navy Junior reserve officer training course in high school to being a dedicated and hard-working young man.

I remain convinced that he possesses the desire and determination to learn from this experience and move on in a positive direction with his life.Kevin has a large and committed support system in me and his entire family.

Kevin has made mistakes and he is incredibly remorseful and is willing to do whatever it takes to make reparations emotionally and financially if possible. I do recognize that Kevin broke the law and I do not believe that he should get off without punishment. I just hope you will recognize the power you wield with regard to the future of this young man and make a fair and firm decision.

Sincerely,

Juana Mata