RANDY S. GROSSMAN
Acting United States Attorney
ANDREW SHERWOOD
Assistant United States Attorney
Oregon Bar No. 126338
New York Bar No. 4518106
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9690

Attorneys for the United States of America

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN ALEXIS BRITO,<br><br>Defendant. | Case No. 20CR1479-DMS<br><br>UNITED STATES' SENTENCING MEMORANDUM<br><br>Sentencing Date: October 20, 2021<br>Time:  9:00 a.m. |

Kevin Brito systematically targeted, threatened, and coerced young girls into making and sending him graphic, sexually explicit images and videos, including the two victims represented in each count, who were ten years old at the time of the offenses. Although Defendant accepted responsibility, this Court must take into account the totality of his criminal conduct. The United States recommends a sentence near the low-end of the guideline range, of 216 months in prison, followed by twenty years of supervised release.

**A.    Offense Conduct**

The Presentence Report (PSR) accurately details the investigation of Defendant, including his use of social media in which he posed as a 12 – 14 year old boy or girl as part of his scheme to deceive and prey upon young girls. As detailed in the two counts

Defendant was charged with, he convinced his victims to send him sexually explicit material and then threatened to send this material to his victims' family and friends if they did not send more sexually explicit photos and videos of themselves. PSR ¶ 6, 15. His conduct was not limited to the two victims in each count, but included over two hundred conversations with minor females on two different social media accounts. PSR ¶ 19-20. Notably, Defendant sent a video to the friends of one of his victims engaging in a sexual act with a toddler boy and engaging in an act of bestiality. PSR ¶ 19. Further, Defendant told many of the young girls that he had deceived and threatened that they were his "sex slave." PSR ¶ 20.

### B. Victim Impact and Restitution

The Federal Bureau of Investigations (FBI) continues to try to identify all of the victims. As of this writing, no restitution claims have been submitted.

MV1's mother plans to address the Court at sentencing and has submitted a victim impact letter. Ex. A. It explains the trauma, pain and devastation caused by Defendant. How Defendant has forever impacted MV1's life and has even caused MV1 to be suicidal. And MV1 is scared of Defendant to this day. She fears that he will come and find her.

### C. Guidelines Calculation

The guidelines calculations are detailed in the plea agreement and will be filed separately in a sentencing summary chart.

### D. Government's Sentencing Recommendation

Based on the information provided to the Court, it is clear that Defendant has a demonstrated sexual interest in children given his online activities, his deception and manipulation of young girls and the sexually explicit material he had these young girls produce. Girls as young as 10. It was a production that he was orchestrating, and that he was directing. Though he accepted responsibility, it is beyond disturbing the lengths he went to obtain sexually graphic material from children. Tricking them, threatening them, dictating what they were to send him and in fact sending out the material to their friends. It is the actions of someone who has no regard for the trauma he is causing. And it was

systematic. The sheer number of chats the Defendant was engaging in demonstrates that this is what he spent his time doing. By all accounts, the only thing that stopped his criminal conduct was the intervention of law enforcement. The damage he has caused to these children cannot be quantified and is something his victims will have to live with the rest of their lives. His conduct does not warrant the mandatory minimum sentence because his criminal conduct far exceeds the minimum.

The United States is sympathetic to Defendant's past abuse. This, however, does not excuse the criminal acts which have brought him before the Court. Defendant is someone who sought out and preyed upon young girls and tried to make them, as he said, his "sex slaves." He threatened his child victims and forced them to engage in explicit actions for the sole purpose of gratifying his sexual desires. To account for the full range of criminal conduct that is appropriately considered by this Court at sentencing, and reflect the seriousness of that conduct, as well as to provide just punishment and protect the public, Defendant, should be sentenced to a lengthier period in custody than the minimum amount required under the statute.

### E. Criminal Forfeiture

The parties have agreed to forfeiture pursuant to the plea agreement. A final order of forfeiture will be provided separately for to the Court.

### F. Conclusion

For the reasons set forth herein, the United States recommends a sentence of 216 months in custody, followed by twenty years of supervised release. This sentence contemplates the entirety of Defendant's criminal conduct and his individual characteristics (positive and negative) while representing a fair and just sentence when considering the sentences of other defendants who have been charged with similar conduct.

Date: October 13, 2021                Respectfully submitted,

                                                    RANDY S. GROSSMAN
                                                  Acting United States Attorney

                                                  */s/ Andrew Sherwood*
                                                  Andrew Sherwood
                                                  Assistant U.S. Attorney

# EXHIBIT A

**Victim Impact Statement/Sexual Exploitation     For Parents or Guardians of Minor Victims**

United States vs. Kevin Alexis Brito

Case Number: 20CR1479DMS

Names of Parents or Guardians: ███████████

Name of Minor Victim: ███████████

1.) How were you or members of your family affected by this crime? You may continue your statement on an additional sheet of paper if you wish.

Before interacting with Mr. Brito, ██████ was a normal child. She was a model student in gifted and talented programs, an active Girl Scout, and a devoted sibling. In hindsight I can determine when ██████ became involved with Mr. Brito because she became withdrawn, moody, and deceitful. She abused electronics time limit to talk to Mr. Brito believing he was a 12-year-old boy and her boyfriend. She treated her siblings and me poorly and would be irate if disturbed while talking with Mr. Brito.

After ██████ reported Mr. Brito to authorities, she became even more withdrawn and carried a tremendous amount of guilt. She contemplated suicide and I reached out to the local crisis center to see how I could best help my daughter. I was angry that someone had stolen my baby's innocence and I felt tremendous guilt for not watching her online activities closer. During therapy her therapist said ██████, no matter what happened…and I don't even need to know the details…you did nothing wrong. You are the victim here. You are a child and he is an adult. There is literally nothing you can tell me to change my mind." We both needed to hear this. We both started to heal. There is no way to prepare a parent to her how their child planned to take her life. There is no way to comprehend that the person you gave life to wants to end in. I wouldn't wish this fate on anyone.

██████ began weekly crisis therapy that eventually became biweekly and then monthly. She spent a great deal of time writing and sharing her story. She was healing from sharing and hoping she was helping someone along the way. Saving someone from the same fate as her. But then she talked to the local investigator about some details in the case and she started losing traction in healing. She became scared to talk about it and worried he would find her and hurt her. But she kept fighting. I talked to her about the hero that she was. Reporting this crime and saving so many children. When she talked to the investigator he got choked up and said "██████ I want to thank you for what you've done". ██████ response: "No sir, THANK YOU." The investigator and I both ended the call, in tears. What a mature young lady dealing with a scenario that she shouldn't have to.

But it didn't end there. ██████ had another suicide attempt. This time cutting herself deeply with a potato peeler that didn't make the house sweep during the suicide watch preparation steps. This broke my mother's heart to hear her describe how good it felt to cause herself pain and to have an outward reminder of her internal scars.

There have been a lot of ups and downs since then. ▓▓▓ and I have discussed every detail of the interactions she had with Mr. Brito. She knows her mother is 100% behind her and we can talk about all the hard stuff. Her therapists have been amazing. Rolling with the punches of the ups and downs. Suggesting modifications to our treatment plan to ensure she's getting all the help she needs.

This is far from over. ▓▓▓ will have to live with this every day for the rest of her life. And I will too. We will likely have other really bad times and I pray she talks to me or her therapists and doesn't resort to life-ending measures. But it's a risk I must live with every day because Mr. Brito robbed my baby of the normal life she had. He has taken her most precious thing: her innocence.

2.) Have you or members of your family received counseling or therapy as a result of this crime? Please explain.

Yes, ▓▓▓ began therapy shortly after she reported the crime and has continued until recently when we moved. I'm working with her school counselors in our new city to find a local therapist to meet her needs going forward.

3.) Have you experienced any of the following reactions to the crime:
    a. Anger – yes, both of us
    b. Anxiety – yes, ▓▓▓
    c. Fear – yes, ▓▓▓
    d. Grief – yes, both
    e. Guilt – yes, both
    f. Numb – yes, ▓▓▓
    g. Sleep Loss – yes, ▓▓▓
    h. Nightmares – not that I'm aware
    i. Appetite change – yes, ▓▓▓
    j. Unsafe – yes, ▓▓▓ (that he will find her)
    k. Trouble Concentrating – yes, ▓▓▓
    l. Easily Startled – not that I'm aware
    m. Forgetfulness – not that I'm aware
    n. Depression – yes, ▓▓▓
    o. Chronic fatigue – not that I'm aware
    p. Repeated Memory of Crime – yes, ▓▓▓
    q. Fear the Defendant will Return – Yes, ▓▓▓ (physical; that he will find her)
    r. Uncontrolled Crying – yes, ▓▓▓

4.) Please describe any other feelings you have had in response to the crime which you would like to share with the Judge. These may be either feelings you felt immediately after the crime or those that you still feel.

I think most of our feelings discussed above are ongoing but I'm hoping the sentencing of Mr. Brito will bring us both peace. I want him locked up forever so he can never harm my daughter again. ▇▇▇ oscillates between feelings of wishing him physical harm and pain like her suffering and just wishing she never had to experience or deal with any of this. She feels abnormal and different and like she's carrying this enormous secret she can't share with her peers.

5.) Do you feel the defendant is or will be a threat to you, your family or the community?

YES. Mr. Brito is clearly a threat to society as he has harmed multiple children. My daughter also feels a physical threat, worried he will find her and hurt her because of the threats he delivered to her.

6.) What else would you like the Judge to know about the defendant, the victim or your family?

I would like the judge to know that this mother recommends, even begs, the judge to issue the maximum sentence for these crimes. He has ruined my daughter's life. Yes, she's a fighter and she's got this Mama Bear fighting for her every step of the way, but he has done irreparable damage to the life of an elementary school child. She is forever changed because of his sick desires. Her future relationships will be damaged by this abuse. She will have to relive this story so many more times in her life to help those around her understand why she is struggling. Her future spouse will likely deal with the ramifications of sexual trauma at such a young age.

She is my first born and from the moment she made me a mother I vowed to protect her. I have failed in this promise because of the actions of Mr. Brito. I was unable to protect my child from this sick man. It's unforgivable. Mr. Brito, you have taken my baby from me.