RANDY S. GROSSMAN
Acting United States Attorney
ANDREW SHERWOOD
Assistant United States Attorney
Oregon Bar No. 126338
New York Bar No. 4518106
Federal Office Building
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-9690

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>      v.<br><br>KEVIN ALEXIS BRITO,<br><br>             Defendant. | Case No. 20CR1479-DMS<br><br>**THE UNITED STATES' SENTENCING SUMMARY CHART AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)**<br><br>Date:   October 20, 2021<br>Time:   9:00 A.M. |

The UNITED STATES OF AMERICA, by and through its counsel, Randy S. Grossman, Acting United States Attorney, and Andrew Sherwood, Assistant United States Attorney, hereby files its Sentencing Summary Chart and Government Motion Under USSG § 3E1.1(b), which is based upon the files and records of this case.

DATED: October 13, 2021              Respectfully submitted,

                                                          Randy S. Grossman
                                                          Acting United States Attorney

                                                          *s/ Andrew Sherwood*
                                                          ANDREW SHERWOOD
                                                          Assistant U.S. Attorney

SENTENCING SUMMARY CHART  
[ ☒ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]  
Sentencing Date: October 20, 2021

USPO [ ☐ ]  
AUSA [ ☒ ]  
DEF [ ☐ ]

Defendant's Name: Kevin Alexis Brito  Docket No.: 20CR1479-DMS  
Attorney's Name: Andrew Sherwood  Phone No.: (619) 546-9690

| | |
|---|---:|
| Guideline Manual Used: November 1, 2018 | Agree with USPO Calc.: Yes ☐ No ☒ |
| Base Offense Level(s): USSG § 2G1.3(a)(3) | 28 |
| Specific Offense Characteristics: | |
| USSG § 2G1.3(b)(2) - Misrepresentation | +2 |
| USSG § 2G1.3(b)(3) – Use of a Computer | +2 |
| USSG § 2G1.3(b)(5) – Minor Under 12 years old | +8 |
| USSG § 3D.1.4(b)(5) – Combined Offense Level | +2 |
| Victim Related Adjustment: | |
| Adjustment for Role in the Offense: | |
| Adjustment for Obstruction of Justice: | |
| Adjustment for Reckless Endangerment During Flight: | |
| Adjustment for Acceptance of Responsibility [☒ Government Motion – USSG §3E1.1(b)] | -3 |
| Total Offense Level: | 39 |
| Criminal History Score: | 0 |
| Criminal History Category: | I |

____ Career Offender    ____ Armed Career Criminal

Guideline Range:  from  262 mths  
 to  327 mths

Departures: USSG § 5K2.0 [Expeditious Resolution/COVID]  -2  
Resulting Guideline Range: 37   from  210 mths  
 to  262 mths

RECOMMENDATION: 216 months custody  
GOVERNMENT ALSO RECOMMENDS: 20 years of Supervised Release, No Fine, $100 SA; No JTVA or AVAA assessments